# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1107

PIGGY PUSHERS, LLC,

                Plaintiff-Appellant,

v.

SKIDDERS FOOTWEAR, INC.,

                Defendant-Appellee.

Appeal from the United States District Court for the Western District of Michigan in case no. 10-CV-0644, Judge Robert Holmes Bell.

Authorized Abbreviated Caption[2]

PIGGY PUSHERS, LLC V SKIDDERS FOOTWEAR, INC., 2013-1107

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.