NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2013-1107

PIGGY PUSHERS, LLC,

        Plaintiff-Appellant,

v.

SKIDDERS FOOTWEAR, INC.,

        Defendant-Appellee.

Appeal from the United States District Court for the Western District of Michigan in case no. 10-CV-0644, Judge Robert Holmes Bell.

ON MOTION

O R D E R

Upon consideration of Defendant-Appellee's consent motion for an extension of time, until June 26, 2013, to file its opposition brief,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

   May 28, 2013                        /s/ Jan Horbaly
     Date                                Jan Horbaly
                                            Clerk

cc:   Casey L. Griffith, Esq.
       Morris E. Cohen, Esq.

m2